STATE of Missouri, Respondent,

v.

Clyde Willis HAZLEY, Jr., Appellant.

No. 48837.

Missouri Court of Appeals,
Eastern District,
Division Three.

March 26, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
April 26, 1985.

Application to Transfer Denied
May 29, 1985.

William J. Shaw, Clayton, for appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

## ORDER

**PER CURIAM**

Defendant, Clyde Willis Hazley, Jr., appeals from his conviction, after a jury trial, of burglary in the first degree. He was sentenced as a persistent offender to a term of imprisonment of twenty-five years. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).